Order issued October  /  , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01112-CV

**ALEXANDRA CRUTCHER, Appellant**

V.

**DALLAS INDEPENDENT SCHOOL DISTRICT, Appellee**

## ORDER

We **GRANT** appellee's unopposed motion for substitution of counsel. We **DIRECT** the

Clerk of this Court to substitute Annie Lau of the law firm of Fisher & Phillips, LLP as counsel for

appellee in the place of Isabel Andrade Crosby.

CAROLYN WRIGHT
CHIEF JUSTICE